IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 07-cv-01908-EWN-KMT

AIG ANNUITY INSURANCE COMPANY

    Plaintiff,

v.

LAW OFFICES OF THEODORE COATES, P.C.,
DONALD J. EGAN, M.D.,
KRISTI S. BENNETT,
MARC E. BENNETT, and
HARTFORD INSURANCE GROUP,

    Defendants.

## MINUTE ORDER

KATHLEEN M. TAFOYA, United States Magistrate Judge
Janet D. Zinser, Judicial Assistant

"Plaintiff AIG Annuity Insurance Company's Motion to Leave to Not Appear at Settlement Conference" (#45, dated February 11, 2008) is GRANTED. The client representative for Plaintiff AIG Annuity Insurance Company is permitted to attend the settlement conference by telephone. Plaintiff AIG's counsel shall ensure the representative's availability and the client representative shall remain available to counsel and the court until further notified by counsel. The client representative may contact the court by calling **(303) 335-2780** should they have additional questions or need to reach their counsel during the conference.

Dated: February 13, 2008