IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 07-cv-01908-EWN-KMT

AIG ANNUITY INSURANCE COMPANY,

    Plaintiff,

v.

LAW OFFICES OF THEODORE COATES, P.C.,
DONALD J. EGAN, M.D.,
KRISTI S. BENNETT,
MARC E. BENNETT, and
HARTFORD INSURANCE GROUP,

    Defendants.

---

**ORDER**

---

This matter is before the court on Defendant Marc E. Bennett's unopposed "Motion to Amend Exhibit" [Doc. No. 100, filed July 23, 2008]. The court, having reviewed the submissions of the parties and being otherwise fully informed, hereby **ORDERS**

  The "Motion to Amend Exhibit" [Doc. No. 100] is GRANTED.

The Clerk of Court is directed to **SEAL** Exhibit Q currently affixed to Doc. No. 98 and identified in the court records as Doc. No. 98-18.

Dated this 28th day of August, 2008.

**BY THE COURT:**

Kathleen M. Tafoya
United States Magistrate Judge