IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 07-cv-01908-MSK-KMT

AIG ANNUITY INSURANCE COMPANY,

    Plaintiff,

v.

LAW OFFICES OF THEODORE COATES, P.C.;
DONALD J. EGAN, M.D.;
KRISTI S. BENNETT;
MARC E. BENNETT; and
HARTFORD INSURANCE GROUP,

    Defendants.

## ORDER AND NOTICE OF HEARING ON LAW AND MOTION CALENDAR

The following matter is set for a non-evidentiary hearing on the law and motion calendar of Judge Marcia S. Krieger to be held on **December 19, 2008,** at **11:00 a.m.** in the United States District Court for the District of Colorado, Courtroom A901, 9th Floor, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado. Counsel shall *bring their calendars*. The parties shall be prepared to address the following:

1)     The procedural motions at docket entry ## 113,129, and 132;

2)     Whether the funds that have or will be deposited in the registry of the Court by AIG constitute all annuity payments in dispute?

3)     What reserve from such funds should be set aside for attorney fee claims?

4)     Whether Hartford can be dismissed (#79) and AIG discharged?

NO ARGUMENT WILL BE HEARD ON DISPOSITIVE MOTIONS. Counsel may appear at this hearing by telephone. To appear telephonically, counsel and any *pro se* parties shall contact the Courtroom Deputy at **303-335-2185** no later than two court days before the hearing to make arrangements.

DATED this 3rd day of December, 2008.

**BY THE COURT:**

Marcia S. Krieger
United States District Judge