IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
HONORABLE MARCIA S. KRIEGER

Courtroom Deputy: Patricia Glover  
Court Reporter: Paul Zuckerman  

Date: December 19, 2008

Civil Action No. 07-cv-01908-MSK-KMT

*Parties*:

AIG ANNUITY INSURANCE COMPANY,

        Plaintiff,

v.

LAW OFFICES OF THEODORE COATES, P.C.;  
DONALD J. EGAN, M.D.;  
KRISTI S. BENNETT;  
MARC E. BENNETT; and  
HARTFORD INSURANCE GROUP,

        Defendant.

*Counsel Appearing:*

Gregory Star (by telephone)

Theodore Coates  
Kathryn Hopping  
Neal Dunning (by telephone)  
Erin McAlpin Eiselien  
Paul Godec

## COURTROOM MINUTES

HEARING:    Law and Motions

**11:04 a.m.**    **Court in session.**

The Court addresses the motions at Doc. #113, 129 and 132.

**ORDER:**    The Motion for Reconsideration (**Doc. #113**), Motion for Extension of Time to Post Bond (**Doc. #129**) are **DENIED** as moot.

**ORDER:**    Renewed Motion to Expedite (**Doc. #132**) is **GRANTED.**

**11:15 a.m.**    **Court in recess**  
**11:22 a.m.**    **Court in session**

Plaintiff's counsel advises the Court of the total amount deposited and how much is apportioned between the Bennetts.

The Court addresses the motions it believes are ripe for ruling (Doc. #73, 74, 79).

Statements and/or objections by counsel

The Court advises its Order will be issued forthwith.

**12:03 p.m.     Court in recess.**

**Total Time:   52 minutes.**
**Hearing concluded.**