IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01908-MSK-KLM

AIG ANNUITY INSURANCE COMPANY,

    Plaintiff,

v.

LAW OFFICES OF THEODORE COATES, P.C.,
DONALD J. EGAN, M.D.,
KRISTI S. BENNETT, and
MARC E. BENNETT,

    Defendants.
_____

**ORDER OF RECUSAL**
_____

Order Entered by Kristen L. Mix, United States Magistrate Judge

    This matter is before the Court *sua sponte*.

    Pursuant to 28 U.S.C. § 455(a), a Magistrate Judge shall disqualify herself "in any proceeding in which [her] impartiality might reasonably be questioned." To eschew the appearance of impropriety, I find that I must recuse myself from this case. Requirements of confidentiality prohibit further explanation regarding the necessity of recusal. Accordingly, I hereby recuse myself from this action. The Clerk of the Court shall assign another Magistrate Judge to this case.

                                          BY THE COURT:
                                          __s/ Kristen L. Mix_____
                                          United States Magistrate Judge

Dated: January 12, 2009