IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01908-MSK-MJW

AIG ANNUITY INSURANCE COMPANY,

    Plaintiff,

v.

LAW OFFICES OF THEODORE COATES, P.C.,
DONALD J. EGAN, M.D.,
KRISTI S. BENNETT,
MARC E. BENNETT, and
HARTFORD INSURANCE GROUP,

    Defendants.

## MINUTE ORDER

**MICHAEL J. WATANABE**
**United States Magistrate Judge**

    It is hereby ORDERED that the Plaintiff, AIG Annuity Insurance Company's, Motion for Leave Not to Appear at the February 18, 2009 Settlement Conference or in the Alternative to appear Solely by Counsel Via Telephone, DN 161, filed with the Court on February 10, 2009, is GRANTED.  The Court's telephone number is (303) 844-2403.

Date:  February 13, 2009