IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No.  07-cv-01908-MSK-MJW

AIG ANNUITY INSURANCE COMPANY,

Plaintiff(s),

v.

LAW OFFICES OF THEODORE COATS, P.C., et al

Defendant(s).

MINUTE ORDER

     It is hereby ORDERED that the Defendant Law Offices of Theodore Coates, P.C.'s Verified Motion Seeking a Forthwith Protective Order (docket no. **205**) is DENIED on the following grounds.  The Defendant Law Offices of Theodore Coates, P.C. is seeking relief in the subject motion (docket no. 205) on behalf of Theodore Coates, a non-party, concerning an original proceeding in disability before the Colorado Office of the Presiding Disciplinary Judge and this court finds that it does not have subject matter jurisdiction as to the issues raised in the subject motion (docket no. 205) and further does not have personal jurisdiction over the non-parties referenced in the subject motion (docket no. 205).

Date:   July 01, 2009